UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS DEMOCRATIC PARTY and GILBERTO HINOJOSA, in his capacity as Chairman of the Texas Democratic Party, | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | Cause No. 1:17-cv-01186-LY |
| REPUBLICAN PARTY OF TEXAS and JAMES R. DICKEY, in his capacity as Chairman of the Republican Party of Texas and ROLANDO B. PABLOS, in his capacity as Secretary of State for the State of Texas, | § § § § § § § | |
| *Defendant*. | § | |

## ORDER GRANTING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER

BE IT REMEMBERED on the _____ day of _____, the Court after having reviewed the pleadings on file, the arguments of counsel, and any applicable evidence, hereby enters the following temporary restraining order:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants and anyone acting in concert with them, on their behalf, or at their direction is temporarily restrained from:

Removing or causing to be removed the name of Blake Farenthold as a Republican candidate for District 27 of the United States House of Representatives from the ballot for the general primary election to be held on March 6, 2018. Plaintiffs are ordered to serve a copy of this

order on the Texas Secretary of State and to file with the Court a return confirming such service.

This order is entered _____ o'clock a.m./p.m.  This Order expires in 14 days.

A hearing for the Application for Preliminary Injunction is set for the _____ day of _____, 20__, at _____ a.m./p.m.

Court finds that minimal bond is necessary given the issues involved.  Plaintiffs are therefore ORDERED to post a bond of $100.00.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

December 20, 2017        TEXAS DEMOCRATIC PARTY and GILBERTO HINOJOSA, in his capacity as Chairman of the Texas Democratic Party

By:     */s/ Chad W. Dunn*_____
Chad W. Dunn
State Bar No. 24036507
General Counsel
TEXAS DEMOCRATIC PARTY
BRAZIL & DUNN
K. Scott Brazil
State Bar No. 02934050
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas  77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362

ATTORNEYS FOR PLAINTIFFS