UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS DEMOCRATIC PARTY and GILBERTO HINOJOSA, in his capacity as Chairman of the Texas Democratic Party, § § § § *Plaintiffs*, § § vs. § § REPUBLICAN PARTY OF TEXAS and § JAMES R. DICKEY, in his capacity as § Chairman of the Republican Party of Texas § and ROLANDO B. PABLOS, in his capacity as § Secretary of State for the State of Texas, § § *Defendant*. § | | Cause No. 1:17-cv-01186-LY |

## PLAINTIFFS' RULE 41 STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, Texas Democratic Party and Gilberto Hinojosa, in his capacity as Chairman of the Texas Democratic Party, file this Rule 41 Stipulation of Dismissal:

No parties have appeared in this case nor have any parties filed Motions for Summary Judgment. At oral hearing today, the court denied Plaintiffs' Application for Temporary Restraining Order. Plaintiffs hereby dismiss this case, in full, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(i).

## PRAYER

14.    For the foregoing reasons, the Plaintiffs respectfully dismiss this case.

Respectfully submitted,

December 20, 2017                TEXAS DEMOCRATIC PARTY and
                                 GILBERTO HINOJOSA, in his capacity as
                                 Chairman of the Texas Democratic Party

                                 By:    */s/ Chad W. Dunn*
                                        Chad W. Dunn
                                        State Bar No. 24036507
                                        General Counsel
                                        TEXAS DEMOCRATIC PARTY
                                        BRAZIL & DUNN
                                        K. Scott Brazil
                                        State Bar No. 02934050
                                        4201 Cypress Creek Pkwy., Suite 530
                                        Houston, Texas  77068
                                        Telephone:  (281) 580-6310
                                        Facsimile:   (281) 580-6362


                                        ATTORNEYS FOR PLAINTIFFS