IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2017 DEC 20  PM 4: 42

| | | |
|---|---|---|
| TEXAS DEMOCRATIC PARTY AND GILBERTO HINOJOSA, IN HIS CAPACITY AS CHAIRMAN OF THE TEXAS DEMOCRATIC PARTY, PLAINTIFFS, | § § § § § § | |
| V. | § § | |
| REPUBLICAN PARTY OF TEXAS AND JAMES R. DICKEY, IN HIS CAPACITY AS CHAIRMAN OF THE REPUBLICAN PARTY OF TEXAS AND ROLANDO V. PABLOS, IN HIS CAPACITY AS SECRETARY OF STATEFOR THE STATE OF TEXAS, DEFENDANT. | § § § § § § § § § | CAUSE NO. 1:17-CV-1186-LY |

## FINAL JUDGMENT

Before the court is the Plaintiffs' Rule 41 Stipulation of Dismissal filed December 20, 2017 (Dkt. No. 5).  The court has reviewed and approves the stipulation.  Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of December, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE